THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANNA SWIFT, Appellant.

Argued January 24, 1938; decided March 8, 1938.

*Walter H. Pollak, Charles L. Sylvester, Sidney Kaminsky* and *James D. C. Murray* for appellant.

*Thomas E. Dewey,* District Attorney (*Felix C. Benvenga* and *Harris B. Steinberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.